AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

REDACTED

UNITED STATES OF AMERICA
V.

Kenneth Bowman

**SUMMONS IN A CRIMINAL CASE**

Case Number:     CR 05-36-3

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 4/21/05 at 1:00 PM |

To answer a(n)

X  Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title    21    United States Code, Section(s)    841(a)(1), (b)(1)(D) and 846

Brief description of offense:

CONSPIRACY TO DISTRIBUTE MARIJUANA

_Evette Watson_
Signature of Issuing Officer

April 15, 2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer