AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

Kenneth Bowman

Harrington, DE
19952
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-36-3

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 4/21/05 at 1:00 PM |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(D) and 846__

Brief description of offense:

CONSPIRACY TO DISTRIBUTE MARIJUANA

_Evette Watson_
Signature of Issuing Officer

April 15, 2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _via Cert. Mail on 4/20/05_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _4-25-05_
         Date

_DW Thomas_
Name of United States Marshal

_DT Feher_
(by) Deputy United States Marshal

Remarks:

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR 26  AM 9: 04

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.