IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. <u>KENNETH BOWMAN</u> ; CASE NO. <u>CR 05-36-3-JJF</u>

The defendant, <u>KENNETH BOWMAN</u>, having been scheduled for an arraignment on <u>4/21/2005</u> and a continuance having been made by the <u>COURT</u> for the following reason; <u>DUE TO A COURT SCHEDULING CONFLICT</u> . The Court finds that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued <u>TO 4/28/2005</u>

(2) The period between <u>4/21/2005</u> and <u>4/28/2005</u> shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 4/28/05

FILED
APR 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE