**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-36-3-JJF |
| | : | |
| KENNETH BOWMAN, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO RETURN PROPERTY**

NOW COMES the Defendant, Kenneth Bowman, through undersigned counsel, Thomas A. Foley, who hereby moves this Honorable Court pursuant to Federal Rule Criminal Procedure 41(g), to return his property.  In support of this motion, Defendant Bowman submits the following:

1.      On March 16th, 2005, members of law enforcement, executing a search warrant, seized fourteen (14) firearms and some ammunition from Mr. Bowman's bedroom in his residence, located at 3880 Paradise Alley Road, Harrington, Delaware 19953.  The police also seized one .40 caliber Glock Firearm from Mr. Bowman's truck, which was parked in front of his house.

2.      Mr. Bowman is not a "person prohibited" from possessing firearms.  He has no prior record.  All of the firearms seized by the authorities are properly registered. Moreover, Mr. Bowman has a Carrying a Concealed Firearm Permit, here in Delaware.

3.      There is no evidence that any of these firearms were used to facilitate any criminality. All but one of the firearms found inside Mr. Bowman's bedroom were unloaded, and in his closet. There was no contraband found in his closet.

4.      There was one .45 caliber Ruger, that was loaded, that was in a bedroom night stand, but, there was no contraband located near this firearm. The only contraband found in the bedroom was a small amount of marijuana, located in a coffee can, atop Mr. Bowman's wife's dresser.

5.      Police also seized a .45 caliber Glock firearm from Mr. Bowman's vehicle. Again, there was no contraband found in his truck.

6.      Neither Mr. Bowman, nor any of the co-defendants in this case, have been charged with any type of firearms offense. Mr. Bowman remains presumed innocent of the allegation (Conspiracy to Distribute Marijuana), that has been brought against him by the Government, which does not include any offense involving firearms.

7.      Unless the Government can proffer some reason why the firearms would constitute "evidence", regarding the indicted charges, then there is no reason why the Government has any authority to seize these firearms, in the same manner the Government would lack the authority to have seized toiletries, golf clubs, or baseball cards. There is simply nothing illegal about the firearms.

**WHEREFORE,** for these reasons, and any other reasons as shall appear to the Court, the defense respectfully requests that Mr. Bowman's above referenced property be returned to him.

/s/
Thomas A. Foley, Esquire
Bar ID#2819
1326 King Street
Wilmington, DE 19801
(302) 658-3077
Attorney for Defendant

DATED:  May 19, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-36-3-JJF |
| | : | |
| KENNETH BOWMAN, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

The Court, having considered Defendant Bowman's Motion to Return Property, it is hereby ORDERED:

_____

_____

_____

_____

_____

JUDGE JOSEPH J. FARNAN, JR.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-36-3-JJF |
| | : | |
| KENNETH BOWMAN, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion to Return Property is available for

public viewing and downloading and was electronically delivered on May 19th, 2005 to:


April M. Byrd, Esquire                        James E. Liguori, Esquire
Assistant U.S. Attorney                      46 The Green
Nemours Building                             Dover, DE 19901
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Edward C. Gill, Esquire
16 North Bedford Street
P.O. Box 823
Georgetown, DE 19947-0824


                                             /s/
                                             Thomas A. Foley, Esquire
                                             Bar #2819
                                             1326 King Street
                                             Wilmington, DE 19801
                                             (302) 658-3077
                                             Attorney for Defendant


DATED:  May 19, 2005