IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-36-03 JJF |
| KENNETH BOWMAN, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, on April 28, 2005, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, Defendant's counsel has filed a Motion to Sever Defendant (D.I. 24) and a Motion to Return Property (D.I. 25);

IT IS HEREBY ORDERED that:

1.   A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, June 30, 2005 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2.   The time between the date of this Order and June 30, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

June 2, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE