<div style="text-align:center">

**THOMAS A. FOLEY**
ATTORNEY AT LAW
1326 KING STREET
WILMINGTON, DELAWARE 19801

</div>

ADMITTED IN DELAWARE
AND THE DISTRICT OF COLUMBIA

TEL. (302) 658-3077
FAX (302) 656-1993
taf@taf-law.com



June 1, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

<div style="text-align:center">

**RE: UNITED STATES v. KENNETH BOWMAN**
Cr. Action No. 05-36-3-JJF

</div>

Dear Judge Farnan:

    I am writing this letter, upon the advice of your secretary, to inform Your Honor that I will be out of state on vacation from June 23rd through July 4th. Hence, I will be unavailable to attend the Scheduling Conference on June 30th at 1:00 P.M., regarding the above referenced matter.

    It is respectfully requested that the Conference be rescheduled to another date.

    Many thanks for the Court's consideration.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Thomas A. Foley*

Thomas A. Foley

</div>

TAF:mdf
xc:   April M. Byrd, Esquire
       Edward C. Gill, Esquire
       James E. Liguori, Esquire