PS 42
(Rev 07/93)

# United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Kenneth Bowman** ) | Case No. 05-53M-03 (MPT) |

CR05-36-3-JJF

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kenneth Bowman, have discussed with Thomas F. Carey, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall submit to a mental health evaluation and treatment as directed by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-10-05  _____  6/10/05
Signature of Defendant       Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       _____
Signature of Defense Counsel           Date

[X]  The above modification of conditions of release is ordered, to be effective on 6/16/05.

[ ]  The above modification of conditions of release is <u>not</u> ordered.

_____       6/16/05
Signature of Judicial Officer          Date