IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-36-03 JJF |
| KENNETH BOWMAN, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Counsel for Defendant filed a Motion to Sever (D.I. 24);

WHEREAS, the Government has not filed a response to the motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Government shall file its Response to Defendant's Motion to Sever Defendant (D.I. 24) by **August 19, 2005.**

August 4, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE