# THOMAS A. FOLEY
### ATTORNEY AT LAW
### 1326 KING STREET
### WILMINGTON, DELAWARE 19801

ADMITTED IN DELAWARE
AND THE DISTRICT OF COLUMBIA

TEL. (302) 658-3077
FAX (302) 656-1993
taf@taf-law.com



October 28, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

    RE:    **UNITED STATES v. KENNETH BOWMAN**
             Cr.Action No. 05-36-3-JJF
             **Motion to Return Property**

Dear Judge Farnan:

    This letter will confirm that Mr. Bowman's Motion to Return Property is moot, in light of the fact that the Government has already made arrangements to return the contested firearms to Mr. Bowman's father-in-law. Hence, Mr. Bowman's Motion to Return Property should be deemed as withdrawn.

    Mr. Bowman understands that if he were convicted, he would then become a person prohibited from possessing firearms. He also understands that during the pendency of the litigation, he is not to possess or use any firearms.

    Many thanks for the Court's indulgence.

                                      Respectfully submitted,

                                      Thomas A. Foley

TAF:mdf
xc:    Ferris W. Wharton, Esquire
        Mr. Kenneth Bowman
        District Court Clerk