IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-36-3 JJF |
| KENNETH BOWMAN, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, a Scheduling Conference will be held on March 15, 2006 in the above case;

WHEREAS, due to a scheduling conflict the Court will reschedule the time of the Scheduling Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that the Scheduling Conference is rescheduled from 1:00 p.m. to **2:30 p.m. on Wednesday, March 15, 2006,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

February 16, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE