IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-36-JJF |
| | ) | |
| KENNETH BOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count One of the Indictment returned against the defendant on April 14, 2005. The government moves to dismiss Count One as to defendant Kenneth Bowman only. After further reviewing the evidence, the Government believes that dismissal of Count One as to defendant Kenneth Bowman would be in the interests of justice.

          COLM F. CONNOLLY
          United States Attorney


          By: /s/ Ferris W. Wharton
              Ferris W. Wharton ID# 945
              Assistant United States Attorney

Dated: March 9, 2006

    SO ORDERED this _____ day of _____, 2006.


          _____
          Joseph J. Farnan
          United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-36-JJF |
| | ) |
| KENNETH BOWMAN, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on March 9, 2006, I electronically filed:

## MOTION AND ORDER TO DISMISS

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Edward C. Gill, Esquire
16 N. Bedford Street
Georgetown, DE 19947

Thomas A. Foley, Esquire
1326 King Street
Wilmington, DE 19801

James E. Liguori, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

                                                 /s/Jennifer Brown
                                                 Jennifer Brown