IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-36-JJF |
| ) | |
| KENNETH BOWMAN, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count One of the Indictment returned against the defendant on April 14, 2005. The government moves to dismiss Count One as to defendant Kenneth Bowman only. After further reviewing the evidence, the Government believes that dismissal of Count One as to defendant Kenneth Bowman would be in the interests of justice.

COLM F. CONNOLLY
United States Attorney

By: /s/ Ferris W. Wharton
Ferris W. Wharton ID# 945
Assistant United States Attorney

Dated: March 9, 2006

SO ORDERED this __15__ day of __March__, 2006.

_____
Joseph J. Farnan Jr.
United States District Judge